**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORRAINE DETABALI,

    Plaintiff(s),

    v.

ST. LUKES HOSPITAL, et al.,

    Defendant(s).
_____/

No. C 04-3198 PJH

**ORDER REMANDING CASE**

    The order of the court dismissing this matter having been reversed by the Court of Appeals for the Ninth Circuit with instructions to remand this case to the San Francisco Superior Court, and the mandate having been filed on May 22, 2007, IT IS SO ORDERED. The clerk shall immediately transfer this matter and close the file.

    **IT IS SO ORDERED.**

Dated: July 10, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge